1  Arnold R. Levinson   (State Bar No. 066583)
   Rebecca Grey         (State Bar No. 194940)
2  Joel P. Waelty       (State Bar No. 226728)
   PILLSBURY & LEVINSON, LLP
3  600 Montgomery Street, 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  E-mail: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com,
   jwaelty@pillsburylevinson.com
6

7  Attorneys for Plaintiff,
   MICHAEL KEATING, M.D.
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL KEATING, M.D.,                )  Case No.  C 07 0015 PJH
                                          )
12              Plaintiff,                )
                                          )  STIPULATION TO CONTINUE
13         v.                             )  HEARING ON DEFENDANTS'
                                          )  MOTION TO DISMISS
14 JEFFERSON PILOT FINANCIAL              )  COMPLAINT AND PLAINTIFF'S
   INSURANCE COMPANY, a Nebraska          )  MOTION TO REMAND
15 Corporation, LINCOLN NATIONAL          )
   CORPORATION dba LINCOLN                )
16 FINANCIAL GROUP, an Indiana            )  Date:  February 28, 2007
   Corporation, JAMES BRUCE BRADY dba     )  Time:  9:00 a.m.
17 BRADY HARBORD PAYNE INSURANCE          )  Judge: Hon. Phyllis J. Hamilton
   BROKERS, and DOES 1 through 20,        )  Place: Courtroom 3, 17th Floor
18 inclusive,                             )
                                          )
19                                        )
                Defendants.               )
20

21
        Counsel for Defendants and Plaintiff have agreed to continue the hearing
22
   on Defendants' Motion to Dismiss Complaint or in the Alternative For Summary
23
   Judgment to March 16, 2007, 9:00AM or as soon as the Court can hear this matter.
24
        Further, it is also stipulated that Plaintiff's Motion to Remand, to be filed
25
   shortly, will be set for hearing on the same date.
26

27

28
                                          1
Stipulation To Continue Hearing on Defendants' Motion To Dismiss    Case No. C07-0015 PJH
Complaint and Plaintiff's Motion To Remand

Dockets.Justia.com

1

2
Dated: January 18, 2007                    PILLSBURY & LEVINSON, LLP

3

4
                                           By:        /s/
5                                              Joel P. Waelty
                                               Attorneys for Plaintiff,
6                                              MICHAEL KEATING, M.D.

7

8   Dated: January 18, 2007                BANNAN, GREEN, FRANK &
                                           TERZIAN LLP
9

10
                                           By:  /s/ Lesley C. Green
11                                              Lesley C. Green
                                                Attorneys for Defendants,
12                                              Jefferson Pilot Financial
                                                Insurance Company, Lincoln
13                                              National Corporation and
                                                James Bruce Brady
14

15

16  IT IS SO ORDERED

17

18
    DATED: January 19, 2007
19                                         The Ho[n.]
                                           IT IS SO ORDERED
20
       THE DATE FOR THE HEARING IS CONTINUED TO        Judge Phyllis J. Hamilton
21     WEDNESDAY, MARCH 21, 2007 AT 9:00 A.M.

22

23

24

25

26

27

28
                                           2